IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE BUSANET | : |
| | : |
| v. | : CIVIL ACTION NO. 21-4286 |
| | : |
| JOHN E. WETZEL, ET AL. | : |

## ORDER

This 11th day of May, 2022, the Clerk of Court is hereby **DIRECTED** to refer this matter to the Prisoner Civil Rights Panel for the Eastern District of Pennsylvania for possible appointment of counsel.[1]

It is so **ORDERED**.

/s/ Gerald Austin McHugh
United States District Judge

---

[1] Plaintiff should be aware that he has no legal right to an attorney in this civil action, and that the Court is not appointing an attorney to represent him. Rather, the Court is asking an attorney to review Plaintiff's case. That attorney may exercise his or her discretion in determining whether to agree to represent Plaintiff in this action.