# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE BUSANET** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-4286** |
| | : | |
| **JOHN E. WETZEL and PA** | : | |
| **DEPARTMENT OF CORRECTIONS** | : | |

## ORDER

This 4th day of August, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss for Failure to State a Claim, or in the Alternative for Summary Judgment, ECF 28, is **GRANTED** in part, as follows: Mr. Busanet's Fourteenth Amendment claim is dismissed on the basis of qualified immunity. In all other respects, the Motion is denied.

/s/ Gerald Austin McHugh
United States District Judge